RECEIVED
IN ALEXANDRIA, LA.
APR 1 2 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBBIE LYNN MULLINS,<br>Appellant | CIVIL ACTION<br>NO. 1:12-CV-02107 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR |
| U.S. COMMISSIONER OF<br>SOCIAL SECURITY,<br>Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's unopposed motion (Doc. 15) is GRANTED, the Commissioner's final decision is VACATED, and Mullins's case is REMANDED PURSUANT TO THE FOURTH SENTENCE OF 42 U.S.C. § 405(G) to the Commissioner of Social Security for the purpose of reconciling conflicts between the ALJ's findings and the evidence, holding an additional hearing, accepting additional evidence, seeking vocational expert testimony, and reconsidering Mullins' residual functional capacity and ability to work.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of April, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT